**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **SONYA M. CRAWFORD,**<br><br>    **Plaintiff,**<br><br>        **v.**<br><br>**BANK OF AMERICA, N.A.,** *et al.*,<br><br>    **Defendants.** | **Civil Action No. 13-12 (JEB)** |

**ORDER**

Plaintiff filed the instant action on November 29, 2012, in the D.C. Superior Court. It was removed to this Court on January 7, 2013. On January 18, Defendant Bank of America filed a Motion to Dismiss. Plaintiff has never responded, even though her Opposition was due on February 4. See LCvR 7(b) (opposition due within 14 days of service); Fed. R. Civ. P. 6(d) (adding three days for electronic service under Rule 5(b)(2)(E)). The Court will thus treat the Motion as conceded under LCvR 7(b).

The Court, accordingly, ORDERS that:

1. Defendant's Motion is GRANTED; and

2. The case is DISMISSED WITHOUT PREJUDICE against Bank of America only.

**SO ORDERED**.

/s/ *James E. Boasberg*
JAMES E. BOASBERG
United States District Judge

Date: Feb. 11, 2013

1